# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0711

VERSUS

THEODORE J. PHILLIPS                                    **AUGUST 12, 2022**

---

In Re:    Theodore J. Phillips, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 2003-162543.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**   This pleading appears to be a Motion to Compel filed in this court in the first instance.  Because there is no indication the motion was first filed in the district court, this writ presents nothing for this court to review. Furthermore, there is no indication that the district court has ruled on relator's application for postconviction relief, filed on or about February 24, 2022.

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

a.Sn0

---
DEPUTY CLERK OF COURT
        FOR THE COURT